## AFFIDAVIT

I, Detective Aaron Hendershot, a Detective with the Kansas City, Missouri Police Department (KCMOPD), having first duly sworn upon my oath, do hereby depose and state:

Affiant makes this affidavit in support of the issuance of the search warrant to search the following described person, to wit:

**Richard A. DENNY, White Male, DOB: 10-31-1985, currently not in-custody; and**

to seize anything which has been used in the commission of a crime or which is contraband or which is property which constitutes or may be considered part of the evidence, fruits or instrumentalities of a crime, particularly the described items:

**Deoxyribonucleic acid ("DNA") sample taken by way of a buccal swab taken orally from inside of DENNY's cheeks.**

This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. The information provided is based on my personal knowledge and observations during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during this investigation. From my review of reports and other statements prepared by law enforcement officers I have learned that:

1. On April 16th, 2019, investigators were conducting surveillance of a house located in the Western District of Missouri that was suspected of being used for narcotics trafficking. During surveillance, investigators observed a dark colored Fiat, bearing Missouri license MS5- D4M, stop and park in front of the house. A computer check

of the Fiat's license responded with a Transfer on Death (TOD) to Richard A. DENNY of 5215 Blue Ridge Boulevard, Raytown, Jackson County, Missouri.

2. A computer check of Richard A. DENNY revealed him to be a convicted felon for Possession of a Controlled Substance and to currently be on parole, under the supervision of the State of Missouri.

3. A short time later, investigators observed the Fiat leave the residence. Investigators then followed the Fiat.

4. While following the vehicle, Sergeant Ericsson was able to pull alongside of the Fiat and positively identify DENNY as the driver and sole occupant of the vehicle.

5. Investigators instructed uniformed officers to conduct a car check of DENNY and the Fiat. As officers attempted to stop the vehicle, the Fiat, with DENNY as the driver, fled at a high rate of speed. Officers did not pursue the vehicle, but believed it had exited at Blue Ridge. An area canvass was conducted and revealed the Fiat to be abandoned in the Lowes parking lot. The Fiat was abandoned with its lights and windshield wipers on, windows down and key in the ignition. Officers contacted the manager who stated they observed a male flee from the vehicle carrying a bag. The vehicle was subsequently towed to the city tow lot for safekeeping. An inventory of the Fiat prior to towing revealed a black Sig-Sauer handgun, serial number EAK046825, on the drivers' floorboard.

6. Based on the foregoing, I believe there is probable cause to believe that Richard A. DENNY committed the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), and that a search of DENNY's person to obtain a DNA sample will yield evidence further linking him to the firearm left in the aforementioned Fiat. I,

2

therefore, respectfully request that a search warrant be issued authorizing the search of

the person of Richard A. DENNY to obtain two buccal swab DNA samples from the

mouth of DENNY. Investigators will obtain cotton swabs of the defendant's saliva via

buccal swabs in the normally accepted forensic manner. The DNA samples collected

from DENNY will be compared to the swabs recovered from the Sig Sauer handgun

bearing serial number EAK046825.

AARON HENDERSHOT
Detective
Kansas City, Missouri Police Dept.

Subscribed and sworn to by Affiant on May ___, 2019,
8th

HONORABLE LAJUANA M. COUNTS
United States Magistrate Judge
Western District of Missouri



3